# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRUCE SITRON,

      Plaintiff,

vs.                                                            Case No. 2:15-cv-10873

BLUE CROSS/BLUE SHIELD
OF MICHIGAN FOUNDATION,

      Defendant.

_____/

## ORDER CANCELLING TELEPHONE CONFERENCE

The parties have filed a joint 26(f) plan, suggesting that:

"The basis for the court's jurisdiction is a federally certified ERISA Plan. Jurisdiction is conceded."

This appears to be an uncomplicated ERISA case, and a *Wilkins* scheduling order[1] will be issued accordingly. There appears to be no further need for a scheduling conference at this time, but if the parties have unresolved business to discuss with the court, they should jointly advise the court's case manager.

      **IT IS ORDERED** that the April 16, 2015 scheduling conference is **CANCELLED.**

                                 S/Robert H. Cleland
                                 ROBERT H. CLELAND
                                 UNITED STATES DISTRICT JUDGE

Dated:  April 14, 2015

---

[1] Wilkins v. Baptist Healthcare System, Inc., 150 F.3d 609 (6th Cir. 1998).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 14, 2015, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522